1  Marc V. Kalagian
   Attorney at Law: 4460
2  Law Offices of Lawrence D. Rohlfing, Inc., CPC
   12631 East Imperial Highway Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-8868
   E-mail: marc.kalagian@rksslaw.com
5
   Leonard Stone
6  Attorney at Law: 5791
   Shook & Stone
7  710 South 4th Street
   Las Vegas, NV 89101
8  Tel.: (702) 385-2220
   Fax:  (702) 384-0394
9  E-mail: Lstone@shookandstone.com

10 Attorneys for Plaintiff
   Ena Charrise King

11

12              **UNITED STATES DISTRICT COURT**

13                   **DISTRICT OF NEVADA**

14

15 ENA CHARRISE KING,                  ) Case No.: 2:24-cv-01773-MDC
                                        )
16          Plaintiff,                  ) STIPULATION AND PROPOSED
                                        ) ORDER FOR THE AWARD AND
17      vs.                             ) PAYMENT OF ATTORNEY FEES
                                        ) AND EXPENSES PURSUANT TO
18 CAROLYN COLVIN,                      ) THE EQUAL ACCESS TO JUSTICE
   Acting Commissioner of Social        ) ACT, 28 U.S.C. § 2412(d) AND
19 Security,                            ) COSTS PURSUANT TO 28 U.S.C. §
                                        ) 1920
20          Defendant.                  )
                                        )
21

22      TO THE HONORABLE MAXIMILIANO D. COUVILLIER,

23 MAGISTRATE JUDGE OF THE DISTRICT COURT:

24      IT IS HEREBY STIPULATED, by and between the parties through their

25 undersigned counsel, subject to the approval of the Court, that Ena Charrise King

26 ("King") be awarded attorney fees in the amount of one thousand five hundred

                              -1-

1 || twenty-six dollars and seventy-five cents ($1,526.75) under the Equal Access to

2 || Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920.

3 || This amount represents compensation for all legal services rendered on behalf of

4 || Plaintiff by counsel in connection with this civil action, in accordance with 28

5 || U.S.C. §§ 1920; 2412(d).

6 ||      After the Court issues an order for EAJA fees to King, the government will

7 || consider the matter of King's assignment of EAJA fees to Marc Kalagian.  The

8 || retainer agreement containing the assignment is attached as exhibit 1.  Pursuant to

9 || *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment

10 || will depend on whether the fees are subject to any offset allowed under the United

11 || States Department of the Treasury's Offset Program.  After the order for EAJA fees

12 || is entered, the government will determine whether they are subject to any offset.

13 ||      Fees shall be made payable to King, but if the Department of the Treasury

14 || determines that King does not owe a federal debt, then the government shall cause

15 || the payment of fees, expenses and costs to be made directly to Law Offices of

16 || Lawrence D. Rohlfing, Inc., CPC, pursuant to the assignment executed by King.[1]

17 || Any payments made shall be delivered to Law Offices of Lawrence D. Rohlfing,

18 || Inc., CPC. Counsel agrees that any payment of costs may be made either by

19 || electronic fund transfer (ETF) or by check.

20 ||      This stipulation constitutes a compromise settlement of King's request for

21 || EAJA attorney fees, and does not constitute an admission of liability on the part of

22 || Defendant under the EAJA or otherwise.  Payment of the agreed amount shall

23 || constitute a complete release from, and bar to, any and all claims that King and/or

24 ||

25 || [1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien
26 || under federal law against the recovery of EAJA fees that survives the Treasury
Offset Program.

1  Marc Kalagian including Law Offices of Lawrence D. Rohlfing, Inc., CPC, may

2  have relating to EAJA attorney fees in connection with this action.

3          This award is without prejudice to the rights of Marc Kalagian and/or the

4  Law Offices of Lawrence D. Rohlfing, Inc., CPC, to seek Social Security Act

5  attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of

6  the EAJA.

7  DATE: January 8, 2025   Respectfully submitted,

8                                      LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

9                                              /s/ *Marc V. Kalagian* [2]

10                              BY:_____
                                        Marc V. Kalagian
                                        Attorney for plaintiff
11                                      ENA CHARRISE KING

12

13  DATED: January 8, 2025        JASON M. FRIERSON
                                        United States Attorney

14

15                                      /s/ *Franco L. Becia*

16                                      _____
                                        FRANCO L. BECIA
                                        Special Assistant United States Attorney
17                                      Attorneys for Defendant
                                        CAROLYN COLVIN, Acting Commissioner of
18                                      Social Security (Per e-mail authorization)

19  Approved and so ordered          **ORDER**

20  The Court finds the

21  stipulated fees are

22  reasonable.

23  DATE:  1-10-25                   _____
                                        THE HONORABLE MAXIMILIANO D. COUVILLIER
                                        UNITED STATES MAGISTRATE JUDGE

24

25  [2] Counsel for the plaintiff attests that all other signatories listed, and on whose

26  behalf the filing is submitted, concur in the filing's content and have authorized the
    filing.

-3-

**DECLARATION OF MARC V. KALAGIAN**

I, Marc V. Kalagian, declare as follows:

1. I am an attorney at law duly admitted to practice before this Court in this case. I represent Ena Charrise King in this action. I make this declaration of my own knowledge and belief.

2. I attach as exhibit 1 a true and correct copy of the retainer agreement with Ena Charrise King containing an assignment of the EAJA fees.

3. I attach as exhibit 2 a true and correct copy of the itemization of time in this matter.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this January 8, 2025, at Santa Fe Springs, California.


/s/ *Marc V. Kalagian*
_____
Marc V. Kalagian

-4-

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 12631 East Imperial Highway, Suite C-115, Santa Fe Springs, California 90670.

On this day of January 8, 2025, I served the foregoing document described as STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Ms. Ena Charrise King
7754 Pacemont Court
Las Vegas, NV 89147

I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Santa Fe Springs, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I declare that I am employed in the office of a member of this court at whose direction the service was made.

Marc V. Kalagian   ____            /S/ *Marc V. Kalagian*_____
TYPE OR PRINT NAME                      *SIGNATURE*

1

2

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:24-CV-01773-MDC**

3

I hereby certify that I electronically filed the foregoing with the Clerk of the

4

Court for this court by using the CM/ECF system on January 8, 2025.

5

I certify that all participants in the case are registered CM/ECF users and

6

7

that service will be accomplished by the CM/ECF system, except the plaintiff

8

served herewith by mail.

9

*/s/ Marc V. Kalagian*

10

_____

11

Marc V. Kalagian
Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26